UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MASSIAH AMERSON
    Plaintiff,
v.

CASE NO: 2:11-cv-12553
HON: LAWRENCE P. ZATKOFF

CITY OF DETROIT, LAWRENCE MITCHELL,
RANDALL CRAIG and GREGORY ROBSON,
in their individual and official capacities.

    Defendants.
_____/

## ORDER

At a session of said Court,
held in the City of Port Huron,
County of St. Clair, State of Michigan
on October 7, 2011.

**PRESENT:** **HONORABLE LAWRENCE P. ZATKOFF**
UNITED STATES DISTRICT COURT JUDGE

**THIS MATTER HAVING** been brought before this Honorable Court on Plaintiff's Emergency Ex-Parte Motion for Substitute Service and Extension of Summons, this Court being fully satisfied that reasonable attempts have been made to serve individual Defendants Lawrence Mitchell, Randall Craig, and Gregory Robson with a copy of the Summons and Complaint, and the Court being otherwise fully advised on the premises;

**NOW, THEREFORE IT IS HEREBY ORDERED**, that Plaintiff's Motion be and the same is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff be allowed to serve the individual Defendants Lawrence Mitchell, Randall Craig, and Gregory Robson by serving the City of Detroit; by service through attorney, Jerry Ashford; by serving the front desk sergeant at 1300 Beaubien (police headquarters'); and/or by any other means this Honorable Court deems appropriate and just.

**IT IS FURTHER ORDERED** that the current Summons be extended for a period of ninety (90) days.

**IT IS SO ORDERED.**

                                      s/Lawrence P. Zatkoff
                            **HONORABLE LAWRENCE P. ZATKOFF**

**Dated:  October 7, 2011**